USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
TAYLOR & DODGE, LLC,                    :
                                        :      20 Civ. 4386 (VM)
                    Petitioner,         :
                                        :
    -against-                           :              ORDER
                                        :      NO ANSWER TO COMPLAINT
ARTISTS DIE BEST IN BLACK, LLC,         :      REQUEST FOR STATUS REPORT
                                        :
                    Respondent.         :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that the action was filed on March 9, 2020 (see Dkt. No. 1), that service of process was made on defendant herein on June 16, 2020 (see Dkt. No. 8), and that the answer to the complaint was due by August 17, 2020. The public file contains no record that such answer has been made by the respondent, and no other communication with the Court has been received. Accordingly, it is hereby

**ORDERED** that petitioner herein is directed to inform the Court within thirty (30) days of the date of this Order concerning the status of this litigation and petitioner's contemplation with regard to any further proceedings with regard to this action. In the event no timely response to this Order is submitted the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          2 September 2020

                                        _____
                                               Victor Marrero
                                               U.S.D.J.