```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 25, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TAYLOR & DODGE LLC**

           Petitioner,

v.

**ARTISTS DIE BEST IN BLACK LLC**

           Respondent.

Case No. 20-cv-4386 (VM)(KF)

~~[PROPOSED]~~ **DEFAULT JUDGMENT**

    This action having been commenced by Petitioner Taylor & Dodge LLC on June 9, 2020 by the filing of the Summons [DE 07], Petition to Confirm Arbitration Award [DE 01], Memorandum of Law in Support of Petition to Confirm Arbitration Award [DE 02], Civil Cover Sheet [DE 03] and Petitioner's Rule 7.1 Statement [DE 05] and copies of the aforementioned documents [DE 01-05; 07] having been served on the Respondent, Artists Die Best in Black LLC ("**Respondent**") on June 16, 2020 by personal service on Paul Bonge, who is designated by Respondent as one of Respondent's Officers & Directors with the Mississippi Secretary of State, and proof of service having been filed on July 7, 2020 and Respondent not having answered the Petition, and the time for answering the Petition having expired, and a Certificate of Clerk's Default having been entered on January 8, 2021, it is

    ORDERED, ADJUDGED AND DECREED: That Taylor & Dodge LLC have judgment against Respondent in the liquidated amount of $115,214.85 together with interest at the legal rate from the date of entry of this judgment to the date of payment of this judgment.

Dated: New York, New York
       March 25, 2021

_____
Victor Marrero
U.S.D.J.

This document was entered on the docket on_____.